## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RONALD D. BARTLETT and | ) | Case No. 15-52742-JPS |
| LEE E. BARTLETT, | ) | |
| | ) | |
| Defendants. | ) | CHAPTER 11 |

_____

| | | |
|---|---|---|
| STATE OF GEORGIA *EX REL.* | ) | |
| K. DAVID COOK, JR., District Attorney | ) | |
| for the Macon Judicial Circuit, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding |
| | ) | No. 16-5038 |
| v. | ) | |
| | ) | |
| RONALD D. BARTLETT and | ) | |
| LEE E. BARTLETT, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COME NOW Plaintiff, STATE OF GEORGIA *EX REL.* K. DAVID COOK, JR., and Defendants, RONALD D. BARTLETT AND LEE E. BARTLETT, by and through their counsel of record, and pursuant to Bankruptcy Rule 7041 and F.R.Civ.P 41, hereby file this Stipulation of Dismissal Without Prejudice of the above-styled Adversary Action. The parties also stipulate and agree that each party shall bear their respective costs and attorneys' fees in the above-styled Adversary Action.

Respectfully submitted this 5th day of June, 2017.

By: /s/ *Michael G. Lambros*
Michael G. Lambros
Georgia Bar No. 432113
Counsel for Plaintiff
The Lambros Firm, LLC
2970 Clairmont Road; Suite 240
Atlanta, GA  30329



By: /s/ *Wesley J. Boyer*
Georgia Bar No. 073126
Katz, Flatau, Popson and Boyer, LLP
355 Cotton Avenue
Macon, Georgia  31201
Attorney for Debtors/Defendants

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this day served the parties listed below with a true and correct copy of the *Stipulation of Dismissal* by electronic notice or by placing the same in the United States Mail in a properly addressed envelope, having sufficient postage thereon to assure delivery, addressed as follows:

>Office of the U.S. Trustee
>440 Martin Luther King Jr. Blvd.
>Suite 302
>Macon, Georgia  31201
>
>Wesley J. Boyer
>Katz, Flatau, Popson and Boyer, LLP
>355 Cotton Avenue
>Macon, Georgia  31201

This **5th**  day of June, 2017.

>By: /s/ *Michael G. Lambros*
>MICHAEL G. LAMBROS
>Georgia Bar No. 432113

THE LAMBROS FIRM, LLC
1355 Peachtree Street
Suite 1280
Atlanta, Georgia 30309